UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                 Plaintiff-Respondent,

-against-

GILDARDO GARCIA,

                 Defendant-Petitioner..
-----------------------------------------------------------------X

JUDGMENT
05-CV-2088 (SJ)

FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT COUR]T E.D.N.Y.
★ MAY 1 6 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 13, 2005, dismissing as moot, petitioner's motion for the return of seized property, without prejudice against refiling; it is

ORDERED and ADJUDGED that petitioner motion for the return of seized property is dismissed as moot, without prejudice against refiling.

Dated: Brooklyn, New York
       May 16, 2005

s/
_____
ROBERT C. HEINEMANN
Clerk of Court